```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Derrick Parsons

    v.                                  Case No. 23-cv-528-LM-TSM

FCI Berlin, Warden

<u>ORDER</u>

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 22, 2024. For the reasons explained therein, the Warden's motion for summary judgment (doc. no. 4) is granted.

    The clerk shall enter judgment and close this case.

    "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: August 15, 2024

cc:   Derrick Parsons, pro se
       Counsel of Record